GEORGE D. YARON, ESQ. (State Bar #96246)
KEITH E. PATTERSON, ESQ. (State Bar #225753)
GOLI MAHDAVI, ESQ. (State Bar #245705)
**YARON & ASSOCIATES**
601 California Street, 21st Floor
San Francisco, California 94108-2281
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Defendant
TODD SHIPYARDS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO GUNTER HEWITT, individually and on Behalf of the Estate of RONALD HEWITT, decedent; SUSAN SIMPSON; RHONDA KNIGHT AND DOES ONE through TEN, inclusive, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST; PLANT INSULATION COMPANY; SULZER PUMPS (US) INC., INDIVIDUALLY AND AS SII TO BINGHAM INTERNATIONAL COMPANY; UNIROYAL, INC.; TODD SHIPYARDS CORPORATION AND THE ELEVENTH DOE THROUGH THREE HUNDREDTH DOE, inclusive, <br><br> Defendants. | Case No. C07 3474 JCS <br><br> **PROOF OF SERVICE** |

## PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California 94108.**

On July 3, 2007 I served the within:

**CIVIL COVER SHEET**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**DEFENDANT TODD SHIPYARDS CORPORATION'S JURY TRIAL DEMAND**

**U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

**DEFENDANT TODD SHIPYARDS CORPORATION'S NOTICE OF TAG-ALONG ACTION**

**DEFENDANT TODD SHIPYARDS CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

**ANSWER OF DEFENDANT TODD SHIPYARDS CORPORATION TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1442(a)(1)**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

> Jeffrey A. Kaiser, Esq
> LEVIN, SIMES & KAISER LLP
> 44 Montgomery Street, 36th Floor
> San Francisco, CA 94104
> Tel.:(415) 646-7160
> Fax:(415) 981-1270
>
> (Attorneys for Plaintiff)

( )   **VIA U.S. MAIL:** I am "readily familiar" with the firms practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1  ( X ) **VIA HAND-DELIVERY**:  I caused such envelope, to be hand delivered to the stated parties.

2  ( )   **VIA FAX:**  I caused such documents to be transmitted via fax to the stated parties at their respective facsimile numbers.

3  ( )   **VIA EXPRESS CARRIER:**  I caused such documents to be collected by an agent for _____ to be delivered to the offices of the stated parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 3, 2007, at San Francisco, California.

**IRIS NISHIMOTO**