1  GEORGE D. YARON, ESQ. (State Bar #96246)
   KEITH E. PATTERSON, ESQ. (State Bar #225753)
2  GOLI MAHDAVI, ESQ. (State Bar #245705)
   **YARON & ASSOCIATES**
3  601 California Street, 21st Floor
   San Francisco, California 94108-2281
4  Telephone: (415) 658-2929
   Facsimile:  (415) 658-2930
5
   Attorneys for Defendant
6  TODD SHIPYARDS CORPORATION

7

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 | JO GUNTER HEWITT, individually and on ) | Case No. C07 3474 JCS
   | Behalf of the Estate of RONALD HEWITT, )
13 | decedent; SUSAN SIMPSON; RHONDA      ) | **PROOF OF SERVICE**
   | KNIGHT AND DOES ONE through TEN,     )
14 | inclusive,                            )
   |                                       )
15 |        Plaintiffs,                    )
   | vs.                                   )
16 |                                       )
   | ALLIS CHALMERS CORPORATION)
17 | PRODUCT LIABILITY TRUST; PLANT)
   | INSULATION COMPANY; SULZER PUMPS)
18 | (US) INC., INDIVIDUALLY AND AS SII TO)
   | BINGHAM INTERNATIONAL COMPANY;)
19 | UNIROYAL, INC.; TODD SHIPYARDS)
   | CORPORATION AND THE ELEVENTH DOE)
20 | THROUGH THREE HUNDREDTH DOE,)
   | inclusive,                            )
21 |                                       )
   |        Defendants.                    )
22

**PROOF OF SERVICE**

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California 94108.**

On July 9, 2007 I served the within:

**CIVIL COVER SHEET**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**DEFENDANT TODD SHIPYARDS CORPORATION'S JURY TRIAL DEMAND**

**U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT**

**DEFENDANT TODD SHIPYARDS CORPORATION'S NOTICE OF TAG-ALONG ACTION**

**DEFENDANT TODD SHIPYARDS CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

**ANSWER OF DEFENDANT TODD SHIPYARDS CORPORATION TO PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DAMAGES**

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1442(a)(1)**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*To All Parties on the Attached Service List*

( X ) **VIA U.S. MAIL:** I am "readily familiar" with the firms practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

( ) **VIA HAND-DELIVERY:** I caused such envelope, to be hand delivered to the stated parties.

( ) **VIA FAX:** I caused such documents to be transmitted via fax to the stated parties at their respective facsimile numbers.

( ) **VIA EXPRESS CARRIER:** I caused such documents to be collected by an agent for _____ to be delivered to the offices of the stated parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 9, 2007, at San Francisco, California.

**IRIS NISHIMOTO**

SERVICE LIST ATTACHMENT
*Jo Gunter Hewitt, et al. v. Allis Chalmers, et al.*
U.S. District Court Case No. C07-3474 JCS
Our File No. 3026

**REPRESENTING:**
Hopeman Brothers Inc.
**BASSI MARTINI EDLIN & BLUM LLP**
351 California Street, Suite 200
San Francisco, California 94104
Tel:   (415) 397-9006
Fax:   (415) 397-1339

**REPRESENTING:**
AW Chesterton Co.
**COOLEY MANION JONES LLP**
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110-3536
Tel:   (617) 737-3100
Fax:   (617) 737-3113

**REPRESENTING:**
Leslie Controls Inc.
**GORDON & REES**
275 Battery Street, 20th Floor
San Francisco, CA 94111
Tel:   (415) 986-5900
Fax:   (415) 986-8054

**REPRESENTING:**
Allis Chalmers Corp Product Liability Trust
**KNOX RICKSEN LLP**
1300 Clay Street, Suite 500
Oakland, California 94612-1427
Tel:   510-285-2500
Fax:   510-285-2505

**REPRESENTING:**
Plant Insulation Corp.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, CA 94104-4448
Tel:   (415) 362-2580
Fax:   (415) 434-0882

**REPRESENTING:**
Yarway Corp.
**MORGAN LEWIS & BOCKIUS LLP**
One Market
Spear Street Tower
San Francisco, CA 94105
Tel:   (415) 442-1000
Fax:   (415) 442-1001

**REPRESENTING:**
Designated Defense Counsel
**BERRY & BERRY**
PO Box 16070
Oakland, CA 94610-3614
Tel:   (510) 835-8330
Fax:   (510) 835-5117

**REPRESENTING:**
Goulds Pumps Inc.
**CROSBY & ROWELL LLP**
299 Third Street, Second Floor
Oakland, California 94607
Tel:   510.267.0300
Fax:   510.839.6610

**REPRESENTING:**
Imo Industries Inc.
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road Suite 200
Redwood City, CA 94061-3436
Tel:   (650) 365-7715
Fax:   (650) 364-5297

**REPRESENTING:**
Uniroyal Inc.
**LAW OFFICES OF NANCY E. HUDGINS**
565 Commercial Street, Fourth Floor
San Francisco, CA 94111
Tel:   (415) 979-0100
Fax:   (415) 979-0747

**REPRESENTING:**
FMC Corp., Metalclad Insulation Corp.
**McKENNA LONG & ALDRIDGE LLP**
101 California Street, Floor 41
San Francisco, CA 94111
Tel:   (415) 267-4000
Fax:   (415) 267-4198

**REPRESENTING:**
Viacom Inc.
**POND NORTH LLP**
350 S. Grand Avenue, Suite 2850
Los Angeles, CA 90071
Tel:   (213) 617-6170
Fax:   (213) 623-3594

**REPRESENTING:**
Warren Pumps LLC
**CARROLL BURDICK & McDONOUGH LLP**

44 Montgomery Street, Suite 400
San Francisco, CA 94104
Tel:   (415) 989-5900
Fax:   (415) 989-0932

**REPRESENTING:**
Coltec Industries Inc.
**GLASPY & GLASPY**
100 Pringle Avenue, Suite 750
Walnut Creek, California 94596
Tel:   (925) 947-1300
Fax:   (925) 947-1594

**REPRESENTING:**
AW Chesterton Co., Buffalo Pumps Inc.
**JACKSON & WALLACE**
55 Francisco Street, 6th Floor
San Francisco, California 94133
Tel:   (415) 982-6300
Fax:   (415) 982-6700

**REPRESENTING:**
Parker Hannifin Corp.
**LAW OFFICES OF PETER NOVA**
P O Box 1328
Sonoma, CA 95476
Tel:   (707) 938-9610
Fax:

**REPRESENTING:**
F M C Corp., Sterling Fluid Systems USA Inc.
**McNAMARA DODGE NEY BEATTY SLATTERY PFALZER BORGES & BROTHERS LLP**
1211 Newell Avenue
Walnut Creek, CA 94596-5331
Tel:   (925) 939-5330
Fax:   (925) 939-0203

**REPRESENTING:**
A.W Chesterton Co., Anerican Standard Inc., Triple A Machine Shop Inc., James Sydney Carpenter
**PRINDLE DECKER & AMARO LLP**
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel:   (415) 788-8354
Fax:   (415) 788-3625

SERVICE LIST ATTACHMENT
*Jo Gunter Hewitt, et al. v. Allis Chalmers, et al.*
U.S. District Court Case No. C07-3474 JCS
Our File No. 3026

REPRESENTING:
General Electric Co., Armstrong International Inc., Soco West Inc.
**SEDGWICK DETERT MORAN & ARNOLD LLP**
One Market Plaza
Steuart Tower
8th Floor
San Francisco, California 94105
Tel:   (415) 781-2635
Fax:   (415) 781-7900

REPRESENTING:
Sepco Corp.
**SELMAN BREITMAN LLP**
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA 90025-6538
Tel:   (310) 445-0800
Fax:   (310) 473-2525

REPRESENTING:
Plant Insulation Corp.
**TRAVIS & PON**
2271 California Street
San Francisco, CA 94115
Tel:   (415) 923-1200
Fax:   (415) 673-6263

REPRESENTING:
Hill Brothers Chemical Co.
**VASQUEZ & ESTRADA**
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
Tel:   (415) 453-0555
Fax:   (415) 453-0549

REPRESENTING:
Ouintec Industries, Inc.
**WALSWORTH, FRANKLIN, BEVINS & MCCALL**
550 Montgomery Street, 8th Floor
San Francisco, CA 94111-2534
Tel:   (415) 781-7072
Fax:   (415) 391-6258

REPRESENTING:
Asbestos Corp. Ltd.
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel:   (415) 433-0990
Fax:   (415) 434-1370