UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO GUNTER HEWITT, individually and on Behalf of the Estate of RONALD HEWITT, decedent: SUSAN SIMPSON; RHONDA<br>         Plaintiff(s),<br><br>v.<br><br>ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST; PLANT INSULATION COMPANY: SULZER PUMPS<br>         Defendant(s). | No. C  07 3474 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/16/07

Signature _____

Counsel for  Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")