| | |
|---|---|
| 1 | GEORGE D. YARON, ESQ. (State Bar #96246) |
|   | KEITH E. PATTERSON, ESQ. (State Bar #225753) |
| 2 | GOLI MAHDAVI, ESQ. (State Bar #245705) |
|   | **YARON & ASSOCIATES** |
| 3 | 601 California Street, 21st Floor |
|   | San Francisco, California 94108-2281 |
| 4 | Telephone: (415) 658-2929 |
|   | Facsimile:  (415) 658-2930 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | TODD SHIPYARDS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO GUNTER HEWITT, individually and on Behalf of the Estate of RONALD HEWITT, decedent; SUSAN SIMPSON; RHONDA KNIGHT AND DOES ONE through TEN, inclusive, | Case No. C07 3474 JCS |
| | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| Plaintiffs, | |
| vs. | **AND** |
| ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST; PLANT INSULATION COMPANY; SULZER PUMPS (US) INC., INDIVIDUALLY AND AS SII TO BINGHAM INTERNATIONAL COMPANY; UNIROYAL, INC.; TODD SHIPYARDS CORPORATION AND THE ELEVENTH DOE THROUGH THREE HUNDREDTH DOE, inclusive, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendants. | |

///
///
///
///
///
///

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignement of this case to a United Staes Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: July /6, 2007

YARON & ASSOCIATES

By: _____
GEORGE D. YARON
KEITH E. PATTERSON
GOLI MAHDAVI
Attorneys for Defendant
TODD SHIPYARDS CORPORATION

## PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California 94108.**

On July 17, 2007 I served the within:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*TO ALL PARTIES ON THE ECF SERVICE LIST*

☒ **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 17, 2007, at San Francisco, California.

_____
**IRIS NISHIMOTO**