**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JO GUNTER HEWITT, ET AL.,                    No.  C 07-03474 JCS

        Plainitff(s),                    NOTICE OF IMPENDING
                                             REASSIGNMENT TO A UNITED STATES
    v.                                  DISTRICT JUDGE

ALLIS CHALMERS CORPORATION
PRODUCT LIABILITY TRUST, ET AL.,

        Defendant(s).

_____/

      The Clerk of this Court will now randomly reassign this case to a United States District

Judge because:

    [X]    One or more of the parties has requested reassignment to a United States District

Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

    []    One or more of the parties has sought a type of judicial action (e.g., a temporary

restraining order) that a United States Magistrate Judge may not take without the consent of all

parties, the necessary consents have not been secured, and time is of the essence.

      ALL HEARING DATES PRESENTLY SCHEDULED BEFORE MAGISTRATE JUDGE

SPERO ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE

JUDGE TO WHOM THIS CASE HAS BEEN REASSIGNED.


Dated:  July 17, 2007

                        Richard W. Wieking, Clerk
                        United States District Court

                        *Karen L. Hom*

        By: Karen L. Hom
                      Courtroom Deputy

cc:  Intake