SCHIFF HARDIN LLP
JOHN S. WORDEN (CSB #142943)
ALEX P. CATALONA (CSB #200901)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:    (415) 901-8700
Facsimile:     (415) 901-8701

Attorneys for Defendant
SULZER PUMPS (US) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO GUNTER HEWITT, individually and on Behalf of the Estate of RONALD HEWITT, decedent; SUSAN SIMPSON; RHONDA KNIGHT and DOES ONE through TEN, inclusive,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al.,<br><br>          Defendants. | Case No.:  3:07-CV-03474-JCS<br><br>**DEMAND FOR TRIAL BY JURY AND ESTIMATE OF LENGTH OF TRIAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that Defendant SULZER PUMPS (US) INC. hereby

demands a trial by jury in the above-entitled action and estimates that the length of trial

will be six to eight weeks in duration.

DATED: July _____16_____, 2007          SCHIFF HARDIN LLP

By _____
     ALEX P. CATALONA
     Attorneys for Defendant
     SULZER PUMPS (US) INC.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## PROOF OF SERVICE

**(JO GUNTER HEWITT, et al. v. ALLIS CHALMERS CORP. PRODUCT LIABILITY TRUST, et al.**
**United States District Court, Northern District of California Case No. 3:07-CV-03474-JCS)**

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen (18) years, and not a party to the within action. I am an employee of Schiff Hardin LLP, and my business address is One Market, Spear Street Tower, Thirty Second Floor, San Francisco, California 94105.

On the date below, I caused to be served the following document(s):

**DEMAND FOR TRIAL BY JURY AND ESTIMATE OF LENGTH
OF TRIAL**

☑     **BY E-FILING**: By electronically serving the document(s) via the ECF/PACER system on the recipients designated on the Transaction Receipt located on the CAND ECF/PACER website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 17, 2007, at San Francisco, California.

DANIEL W. GUNN

SCHIFFHARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

35172.35172-0001
664111.1