SCHIFF HARDIN LLP
JOHN S. WORDEN (CSB #142943)
ALEX P. CATALONA (CSB #200901)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

Attorneys for Defendant
SULZER PUMPS (US) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO GUNTER HEWITT, individually and on Behalf of the Estate of RONALD HEWITT, decedent; SUSAN SIMPSON; RHONDA KNIGHT and DOES ONE through TEN, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al.,<br><br>Defendants. | Case No.: 3:07-CV-03474-JCS<br><br>**DEFENDANT SULZER PUMPS (US) INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Sulzer U. S. Holdings Inc. – parent corporation to defendant Sulzer Pumps (US) Inc.

///

///

This disclosure is made so that the Court may evaluate any need for disqualification or recusal.

DATED: July 16, 2007

SCHIFF HARDIN LLP

By _____
ALEX P. CATALONA
Attorneys for Defendant
SULZER PUMPS (US) INC.

35172.35172-0001
664131.1

- 2 -

DEFENDANT SULZER PUMPS (US) INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

# PROOF OF SERVICE
(JO GUNTER HEWITT, et al. v. ALLIS CHALMERS CORP. PRODUCT LIABILITY TRUST, et al.
United States District Court, Northern District of California Case No. 3:07-CV-03474-JCS)

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen (18) years, and not a party to the within action. I am an employee of Schiff Hardin LLP, and my business address is One Market, Spear Street Tower, Thirty Second Floor, San Francisco, California 94105.

On the date below, I caused to be served the following document(s):

**DEFENDANT SULZER PUMPS (US) INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

☑ **BY E-FILING**: By electronically serving the document(s) via the ECF/PACER system on the recipients designated on the Transaction Receipt located on the CAND ECF/PACER website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 17, 2007, at San Francisco, California.

DANIEL W. GUNN

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

35172.35172-0001
664131.1