SCHIFF HARDIN LLP
JOHN S. WORDEN (CSB #142943)
ALEX P. CATALONA (CSB #200901)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
SULZER PUMPS (US) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO GUNTER HEWITT, individually and on Behalf of the Estate of RONALD HEWITT, decedent; SUSAN SIMPSON; RHONDA KNIGHT and DOES ONE through TEN, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST, et al.,<br><br>Defendants. | Case No.: 3:07-CV-03474-JCS<br><br>**DEFENDANT SULZER PUMPS (US) INC.'S NOTICE OF TAG-ALONG ACTION** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1207 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," which refers to a civil action pending in a District Court and involving common questions of fact with actions previously transferred under Section 1407 by the Judicial Panel of Multi-

1 | District Litigation pursuant to a January 17, 1991 Order to Show Cause. See Multi-
2 | District Litigation Rules ("MDL Rules"), Rule 11.
3 |     Pursuant to MDL Rule 7.5(c),

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Defendant Sulzer Pumps (US) Inc. hereby notifies the Court that the above-entitled action involves all or a material part of the same subject matter as another action which is pending in another federal court. Accordingly, the above-entitled action is considered a "tag-along action" subject to transfer to the United States District Court for the Eastern District of Pennsylvania, because the action involves alleged injuries due to exposure to asbestos. The Clerk of the Panel may either (1) enter a conditional transfer pursuant to MDL Rule 7.4(a) or (2) file an order to show cause why this action should not be transferred pursuant to MDL Rule 7.5(b).

DATED: July 16, 2007

SCHIFF HARDIN LLP

By _____
ALEX P. CATALONA
Attorneys for Defendant
SULZER PUMPS (US) INC.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

35172.35172-0001
664135.1

- 2 -

DEFENDANT SULZER PUMPS (US) INC.'S NOTICE OF TAG-ALONG ACTION

# PROOF OF SERVICE
(JO GUNTER HEWITT, et al. v. ALLIS CHALMERS CORP. PRODUCT LIABILITY TRUST, et al.
United States District Court, Northern District of California Case No. 3:07-CV-03474-JCS)

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen (18) years, and not a party to the within action. I am an employee of Schiff Hardin LLP, and my business address is One Market, Spear Street Tower, Thirty Second Floor, San Francisco, California 94105.

On the date below, I caused to be served the following document(s):

**DEFENDANT SULZER PUMPS (US) INC.'S NOTICE OF TAG-ALONG ACTION**

☒ **BY E-FILING**: By electronically serving the document(s) via the ECF/PACER system on the recipients designated on the Transaction Receipt located on the CAND ECF/PACER website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 17, 2007, at San Francisco, California.

_____
DANIEL W. GUNN

35172.35172-0001
664135.1