United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JO GUNTER HEWITT,                                    No. C 07-03474SI

        Plaintiff,                              **NOTICE**

  v.

ALLIS CHALMERS CORPORATION
PRODUCT LIABILITY TRUST,

        Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, October 12, 2007, at 2:00 p.m.  Please comply with the attached order when preparing for the conference.

Dated: July 18, 2007                          RICHARD W. WIEKING, Clerk

                                        _____
                                        Tracy Sutton
                                        Deputy Clerk