JEFFREY A. KAISER, ESQ., [SBN 160594]
SHANNON S. JOHNSON, ESQ., [SBN 239314]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270

Attorneys for PLAINTIFFS
JO GUNTER HEWITT, ET AL.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JO GUNTER HEWITT, individually and on Behalf of the Estate of RONALD A. HEWITT, decedent; SUSAN SIMPSON; RHONDA KNIGHT; AND DOES ONE through TEN, inclusive,<br><br>Plaintiff,<br><br>vs.<br><br>A. W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case No. C 07-3474 SI<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT; AND FOR PAYMENT OF FEES AND COSTS [28 U.S.C. §§1446, 1447(c)]**<br><br>Date: September 14, 2007<br>Time: 9:00 a.m.<br>Courtroom.: Courtroom 10, 19th Floor<br>San Francisco, CA<br><br>The Honorable Susan Illston |

  Plaintiffs' Motion to Remand Case to California Superior Court under 28 U.S.C. § 1447(c) came on regularly for hearing on September 14, 2007 in the above-entitled Court. Plaintiffs were represented by Levin Simes Kaiser & Gornick LLP. Defendant was represented by counsel of record.

  After full consideration of all papers filed herein, and upon hearing of oral argument, the Court rules as follows:

///

///

1     IT IS ORDERED that Plaintiffs' Motion to Remand Case to California Superior Court is
2 hereby GRANTED. Plaintiffs are awarded fees and costs in the amount of $_____.

4 Dated: _____        _____
5                                        The Honorable Susan Illston
                                        Judge of the United States District Court