1  JEFFREY A. KAISER, ESQ., [SBN 160594]
   SHANNON S. JOHNSON, ESQ., [SBN 239314]
2  **LEVIN SIMES KAISER & GORNICK, LLP**
   44 Montgomery, 36th Floor
3  San Francisco, CA 94104
   Telephone: (415) 646-7160
4  Fax: (415) 981-1270

5  Attorneys for PLAINTIFFS
   JO GUNTER HEWITT, ET AL.
6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | JO GUNTER HEWITT, individually and on ) | Case No. C 07-3474 SI |
   | Behalf of the Estate of RONALD A. ) |  |
13 | HEWITT, decedent; SUSAN SIMPSON; ) | **PROOF OF SERVICE** |
   | RHONDA KNIGHT; AND DOES ONE ) |  |
14 | through TEN, inclusive, ) | Date:      September 14, 2007 |
   |  ) | Time:      9:00 a.m. |
15 |       Plaintiff, ) | Courtroom.: Courtroom 10, 19th Floor |
   |  ) |             San Francisco, CA |
16 |       vs. ) |  |
   |  ) | The Honorable Susan Illston |
17 | A. W. CHESTERTON COMPANY, et al., ) |  |
18 |       Defendants. ) |  |

        I certify that I am over the age of 18 years and not a party to the within action; that my business address is 44 Montgomery Street, 36th Floor, San Francisco, CA 94104; and that on this date I served a true copy of the document(s) entitled:

NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR CORT AND FOR PAYMENT OF FEES AND COSTS [28 U.S.C. SECTIONS 1446, 1447(C)]; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF SHANNON S. JOHNSON; [PROPOSED] ORDER

Service was effectuated by forwarding the above-noted document in the following manner:

---

PROOF OF SERVICE
C07-3474 SI
- 1 -

xx    **By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Levin Simes Kaiser & Gornick.

**SEE ATTACHED SERVICE LIST**

**By Hand Delivery** in a sealed envelope, addressed as noted above, through services provided by the office of Levin Simes Kaiser & Gornick.

**By Facsimile** to the numbers as noted below by placing it for facsimile transmittal following the ordinary business practices of Levin Simes Kaiser & Gornick.

**By Overnight Courier** in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS,) and billed to Levin Simes Kaiser & Gornick.

[X]    By Electronic Service by transmission through ECF (Electronic Case File Internet Site).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2007 at San Francisco, California.

Athena Stavrakaras

# Jo Hewitt v. ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST
## San Francisco Superior Court No. CGC 06 449838
## SERVICE LIST

**Berry & Berry**  P.O. Box 16070 (2930 Lakeshore Avenue), Oakland, CA 94610
  Phone: (510) 835-8330 Fax: (510) 835-5117

**ADAMS NYE SINUNU BRUNI BECHT LLP**, 222 Kearney Street, 7th Floor, San Francisco, CA, 94108-4521
  Phone: 415-982-8955; Fax: 415-982-2042
  THORPE INSULATION COMPANY

**KNOX RICKSEN, LLP**, 1300 Clay Street, Suite 500, Oakland, CA, 94612-1427
  Phone: 510-285-2500; Fax: 510-285-2505
  ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST

**LAW OFFICES OF NANCY E. HUDGINS**, 565 Commercial Street,, 4th Floor, San Francisco, CA, 94111
  Phone: 415-979-0100; Fax: 415-979-0747
  UNIROYAL , INC.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**, One Sansome Street, Suite 1400, San Francisco, CA, 94104
  Phone: 415-362-2580; Fax: 415-434-0882
  PLANT INSULATION COMPANY

**YARON & ASSOCIATES**, 601 California Street, 21st Floor, San Francisco, CA, 94108
  Phone: 415-658-2929; Fax: 415-658-2930
  TODD SHIPYARDS CORPORATION