JEFFREY A. KAISER, ESQ., [SBN 160594]
SHANNON S. JOHNSON, ESQ., [SBN 239314]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270

Attorneys for PLAINTIFFS
JO GUNTER HEWITT, ET AL.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JO GUNTER HEWITT, individually and on Behalf of the Estate of RONALD A. HEWITT, decedent; SUSAN SIMPSON; RHONDA KNIGHT; AND DOES ONE through TEN, inclusive, <br><br> Plaintiff, <br><br> vs. <br><br> A. W. CHESTERTON COMPANY, et al., <br><br> Defendants. | Case No. C 07-3474 SI <br><br> **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT** <br><br> Date: September 14, 2007 <br> Time: 9:00 a.m. <br> Courtroom.: Courtroom 10, 19th Floor <br> San Francisco, CA <br><br> The Honorable Susan Illston |

Case 3:07-cv-03474-SI    Document 23    Filed 08/13/2007    Page 2 of 8

# NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

This is to provide notice that, pursuant to Local Civil Rule 7-7, Plaintiffs hereby withdraw their Motion to Remand Case to California Superior Court filed on August 2, 2007, since Defendants have not yet opposed the Motion, the Court has not yet acted on the Motion, and upon review of the current facts at issue, Plaintiffs no longer seek to remand this case to California Superior Court at this time. In light of these circumstances, Plaintiffs give notice that their Motion to Remand Case to California Superior Court be withdrawn and taken off-calendar.

Dated: August 13, 2007					LEVIN SIMES KAISER & GORNICK LLP

						By: _____
						Shannon S. Johnson
						Attorneys for Plaintiffs

Case 3:07-cv-03474-SI    Document 23    Filed 08/13/2007    Page 4 of 8

# PROOF OF SERVICE

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 44 Montgomery Street, 36th Floor, San Francisco, CA 94104; and that on this date I served a true copy of the document(s) entitled:

NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

Service was effectuated by forwarding the above-noted document in the following manner:

XX    **By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Levin Simes Kaiser & Gornick.

**SEE ATTACHED SERVICE LIST**

**By Hand Delivery** in a sealed envelope, addressed as noted above, through services provided by the office of Levin Simes Kaiser & Gornick.

**By Facsimile** to the numbers as noted below by placing it for facsimile transmittal following the ordinary business practices of Levin Simes Kaiser & Gornick.

**By Overnight Courier** in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS,) and billed to Levin Simes Kaiser & Gornick.

[X]    By Electronic Service by transmission through ECF (Electronic Case File Internet Site).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2007 at San Francisco, California.

_____
Athena Stavrakaras

PROOF OF SERVICE
C07-3474 SI
- 1 -

# Jo Hewitt v. ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST
## San Francisco Superior Court No. CGC 06 449838
## SERVICE LIST

**Berry & Berry** P.O. Box 16070 (2930 Lakeshore Avenue), Oakland, CA 94610
    Phone: (510) 835-8330 Fax: (510) 835-5117

**ADAMS NYE SINUNU BRUNI BECHT LLP**, 222 Kearney Street, 7th Floor, San Francisco, CA, 94108-4521
    Phone: 415-982-8955; Fax: 415-982-2042
    THORPE INSULATION COMPANY

**KNOX RICKSEN, LLP**, 1300 Clay Street, Suite 500, Oakland, CA, 94612-1427
    Phone: 510-285-2500; Fax: 510-285-2505
    ALLIS CHALMERS CORPORATION PRODUCT LIABILITY TRUST

**LAW OFFICES OF NANCY E. HUDGINS**, 565 Commercial Street,, 4th Floor, San Francisco, CA, 94111
    Phone: 415-979-0100; Fax: 415-979-0747
    UNIROYAL, INC.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**, One Sansome Street, Suite 1400, San Francisco, CA, 94104
    Phone: 415-362-2580; Fax: 415-434-0882
    PLANT INSULATION COMPANY

**YARON & ASSOCIATES**, 601 California Street, 21st Floor, San Francisco, CA, 94108
    Phone: 415-658-2929; Fax: 415-658-2930
    TODD SHIPYARDS CORPORATION

Case 3:07-cv-03474-SI   Document 23   Filed 08/13/2007   Page 8 of 8