FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 29 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AUG - 8 2007

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL NO. 875**

C. 07-3474 SI

IN RE Asbestos Products Liability Litigation (No. VI)

**(SEE ATTACHED SCHEDULE)**

## CONDITIONAL TRANSFER ORDER (CTO-284)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,327 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

TRUE COPY CERTIFIED TO FROM THE RECORD

DATE: 8/27/07

## SCHEDULE CTO-284 - TAG-ALONG ACTIONS
## MDL NO. 875
## IN RE Asbestos Products Liability Litigation (No. VI)

| **DIST. DIV. C.A. #** | **CASE CAPTION** | |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3 07-3474 SI | Jo Gunter Hewitt, et al. v. Allis Chalmers Corp. Product Liability Trust, et al. | |
| **LOUISIANA EASTERN** | | |
| ~~LAE 2 07-2764~~ | ~~Nolan Fontenot v. Chevron USA, Inc., et al.~~ | Opposed 8/22/07 |
| ~~LAE 2 07-2777~~ | ~~Clyde L. Tyer v. Union Carbide Corp., et al.~~ | Opposed 8/22/07 |
| ~~LAE 2 07-3621~~ | ~~Betty E. Lerille, et al. v. Monsanto Corp., et al.~~ | Opposed 8/23/07 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 07-926 | Rufus Ellis v. Crane Co., et al. | |
| MSS 1 07-927 | Willie D. Quinn v. Garlock, Inc., et al. | |
| MSS 1 07-935 | Oliver Wendell Gordon v. Durabla Manufacturing Co., et al. | |
| **NORTH CAROLINA WESTERN** | | |
| NCW 1 07-235 | Nick Alan Boles, et al. v. Aqua-Chem, Inc., et al. | |
| NCW 1 07-236 | John Edward Tesnear, Jr., et al. v. Aqua-Chem, Inc., et al. | |
| **NEW YORK EASTERN** | | |
| NYE 1 07-2544 | Charles E. Goodman, Jr., et al. v. A.W. Chesterton Co., et al. | |
| NYE 1 07-2545 | Jacqueline H. Foulkrod, etc. v. A.W. Chesterton Co., et al. | |
| NYE 1 07-2562 | Leonard Kaye v. A.W. Chesterton Co., et al. | |
| **PENNSYLVANIA WESTERN** | | |
| PAW 2 07-934 | Lloyd W. Carmichael v. Borg-Warner Corp., et al. | |
| PAW 2 07-935 | Lewis W. Headley v. Borg-Warner Corp., et al. | |
| PAW 2 07-936 | Carl B. Reynolds v. Borg-Warner Corp., et al. | |
| PAW 2 07-937 | Harry C. Nestler, et al. v. Dana Corp., et al. | |
| PAW 2 07-938 | Thomas Harbin v. DaimlerChrysler Corp., et al. | |
| PAW 2 07-939 | Donald W. McDonough, et al. v. Borg-Warner Corp., et al. | |
| PAW 2 07-940 | Thomas J. Davidson, et al. v. Borg-Warner Corp., et al. | |
| PAW 2 07-941 | Alex Simon v. Borg-Warner Corp., et al. | |
| PAW 2 07-942 | Joseph T. Blaszkowski, et al. v. Borg-Warner Corp., et al. | |
| **SOUTH CAROLINA** | | |
| SC 0 07-1788 | Donnie Ray Keller, et al. v. Aqua-Chem, Inc., et al. | |
| SC 0 07-1789 | Robert Franklin Boone v. Aqua-Chem, Inc., et al. | |
| SC 0 07-1895 | Benjamin Franklin Ford, Sr., et al. v. Aqua-Chem, Inc., et al. | |
| SC 0 07-1924 | Johnny Lee Chrisley, et al. v. Aqua-Chem, Inc., et al. | |
| SC 7 07-1854 | Thomas Phillip Hendrix, et al. v. Aqua-Chem, Inc., et al. | |
| SC 7 07-1857 | Marshall Eugene Greene, et al. v. Aqua-Chem, Inc., et al. | |
| SC 8 07-1787 | Carroll David Martin, et al. v. Aqua-Chem, Inc., et al. | |
| SC 8 07-1790 | Timothy Edward Bagwell, et al. v. Aqua-Chem, Inc., et al. | |
| SC 8 07-1856 | Ronald Steven Bryant, et al. v. Aqua-Chem, Inc., et al. | |
| SC 8 07-1912 | Billy Harris Hudgens, et al. v. Aqua-Chem, Inc., et al. | |
| SC 8 07-1913 | William Michael Jackson, et al. v. Aqua-Chem, Inc., et al. | |
| SC 8 07-1915 | Paul Gettys Burnett, Jr., et al. v. Aqua-Chem, Inc., et al. | |
| SC 8 07-1921 | Boyce Allen McWhorter, et al. v. Aqua-Chem, Inc., et al. | |
| SC 8 07-1926 | Eloise Jane Lusk v. Aqua-Chem, Inc., et al. | |